Alexander E. Potente, Bar No. 208240
Alex.potente@clydeco.us
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone:  (415) 365-9800
Facsimile:    (415) 365-9801

Daniel J. Standish (*pro hac vice* motion to be filed)
dstandish@wiley.law
Margaret T. Karchmer (*pro hac vice* motion to be filed)
mkarchmer@wiley.law
Elizabeth E. Fisher (*pro hac vice* motion to be filed)
eefisher@wiley.law
WILEY REIN LLP
2050 M Street, NW
Washington, DC 20036
(202) 719-7000 (tel)
(202) 719-7049 (fax)

*Attorneys for Plaintiff Federal Insurance Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>     v.<br><br>RELYPSA INC. (NKA VIFOR PHARMA, INC.) and VIFOR (INTERNATIONAL) AG (AKA VIFOR (INTERNATIONAL) INC AND VIFOR (INTERNATIONAL) AG C/O LUITIPOLD PHARMACEUTICAL, INC.)<br><br>                    Defendants. | Case No. 3:22-cv-07735-WHO<br><br>**NOTICE OF DISMISSAL** |

1    Plaintiff Federal Insurance Company ("Federal"), Defendant Relypsa Inc.
2    (nka Vifor Pharma, Inc.) ("Relypsa") and Defendant Vifor (International) AG
3    ("Vifor International"), have reached a commercial resolution.
4    Federal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby
5    dismisses the action with prejudice, the parties to bear their respective costs and
6    attorney fees.

Respectfully submitted,

Dated: September 22, 2023         CLYDE & CO US LLP

By: */s/ Alexander E. Potente*
    Alexander E. Potente
    Attorneys for Plaintiff,
    FEDERAL INSURANCE COMPANY