UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>RELYPSA INC., et al.,<br>Defendants. | Case No. 22-cv-07735-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 25 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: September 22, 2023

_____
WILLIAM H. ORRICK
United States District Judge